Dina L. Anderson
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | § | Case No. 2:18-BK-12356-BKM |
| | § | |
| DAVID L. LONG | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2018. The undersigned trustee was appointed on 10/10/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,588.54

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $414.66 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $82.63 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $2,091.25 |

The remaining funds are available for distribution.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/11/2019 and the deadline for filing government claims was 07/11/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $626.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $626.48, for a total compensation of $626.48[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $86.61, for total expenses of $86.61.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/11/2019 By: /s/ Dina L. Anderson
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**For the Period Ending:** 10/10/2019

**Trustee Name:** Dina L. Anderson
**Date Filed (f) or Converted (c):** 10/10/2018 (f)
**§341(a) Meeting Date:** 11/15/2018
**Claims Bar Date:** 07/11/2019

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 16 N Range 7 W La Crosse, WI - 54601-0000 La Crosse County Raw land, owner of an 1/8 interest of land. | Unknown | $1,860.00 | | $1,860.00 | FA |
| **Asset Notes:** | Sold at auction 05/10/19 | | | | | |
| 2 | Sofas, Televisions, Entertainment Center, DVD Player, Personal Computer, DIshes/Flateware, pots/pans, Bed, dresser, nightstand | $675.00 | $0.00 | | $0.00 | FA |
| 3 | Taurus 9MM G2 | $200.00 | $0.00 | | $0.00 | FA |
| 4 | 1 Adult | $200.00 | $0.00 | | $0.00 | FA |
| 5 | 1 cat | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Checking - 8092 Capital One | $25.00 | $0.00 | | $0.00 | FA |
| 7 | Savings - 2823 Capital One | $40.00 | $0.04 | | $0.00 | FA |
| 8 | Checking - 4094 ADP Aline | $4.00 | $25.29 | | $25.29 | FA |
| 9 | Non Exempt Wages (u) | $56.00 | $56.00 | | $56.00 | FA |
| 10 | 2018 Federal Tax Refund (u) | $728.54 | $564.62 | | $647.25 | FA |
| | **TOTALS (Excluding unknown value)** | **$1,978.54** | **$2,505.95** | | **$2,588.54** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

10/11/2019 TFR submitted to USTO on 10/11/19
* GMA employed; GMA to be paid via TFR

**Initial Projected Date Of Final Report (TFR):** 05/15/2020
**Current Projected Date Of Final Report (TFR):** 05/15/2020

/s/ DINA L. ANDERSON

DINA L. ANDERSON

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**Primary Taxpayer ID #:** **-***0991
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 10/10/2018
**For Period Ending:** 10/10/2019

**Trustee Name:** Dina L. Anderson
**Bank Name:** Independent Bank
**Checking Acct #:** ******2356
**Account Title:**
**Blanket bond (per case limit):** $27,456,481.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2019 | (1) | Cunningham & Associates, Inc. | Auction Sale Proceeds | | 1110-000 | $1,860.00 | | $1,860.00 |
| 06/11/2019 | 1001 | Cunningham & Associates, Inc. | Auctioneer fees per Order signed 06/07/19 | | 3610-000 | | $186.00 | $1,674.00 |
| 06/11/2019 | 1002 | Cunningham & Associates, Inc. | Auctioneer expenses per Order signed 06/07/19 | | 3620-000 | | $228.66 | $1,445.34 |
| 07/25/2019 | | United States Treasury | 2018 Federal Tax Refund; Nonexempt assets | | * | $728.54 | | $2,173.88 |
| | {9} | | Nonexempt wages | $56.00 | 1229-000 | | | $2,173.88 |
| | {8} | | Nonexempt bank funds | $25.29 | 1129-000 | | | $2,173.88 |
| | {10} | | 2018 Federal Tax Refund | $647.25 | 1224-000 | | | $2,173.88 |
| 07/30/2019 | 1003 | DAVID LONG | Debtor's pro rata share of 2018 Federal tax refund | | 8500-002 | | $82.63 | $2,091.25 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $2,588.54 | $497.29 | $2,091.25 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $2,588.54 | $497.29 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,588.54 | $497.29 | |

**For the period of 10/10/2018 to 10/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,588.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,588.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $414.66 |
| Total Non-Compensable Disbursements: | $82.63 |
| Total Comp/Non Comp Disbursements: | $497.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/07/2019 to 10/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,588.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,588.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $414.66 |
| Total Non-Compensable Disbursements: | $82.63 |
| Total Comp/Non Comp Disbursements: | $497.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 18-12356-BKM | **Trustee Name:** | Dina L. Anderson |
| **Case Name:** | LONG, DAVID L. | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***0991 | **Checking Acct #:** | ******2356 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/10/2018 | **Blanket bond (per case limit):** | $27,456,481.00 |
| **For Period Ending:** | 10/10/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $2,588.54 | $497.29 | $2,091.25 |

**For the period of 10/10/2018 to 10/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,588.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,588.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $414.66 |
| Total Non-Compensable Disbursements: | $82.63 |
| Total Comp/Non Comp Disbursements: | $497.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2018 to 10/10/2019**

| | |
|---|---|
| Total Compensable Receipts: | $2,588.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,588.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $414.66 |
| Total Non-Compensable Disbursements: | $82.63 |
| Total Comp/Non Comp Disbursements: | $497.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON

**Case No.** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**Claims Bar Date:** 07/11/2019
**Trustee Name:** Dina L. Anderson
**Date:** 10/10/2019

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CUNNINGHAM & ASSOCIATES, INC. P.O. Box 67087 Phoenix AZ 85082-7087 | 06/07/2019 | Other Professional Fees | Allowed | 3610-000 | $0.00 | $186.00 | $186.00 | $186.00 | $0.00 | $0.00 | $0.00 |
| | CUNNINGHAM & ASSOCIATES, INC. P.O. Box 67087 Phoenix AZ 85082-7087 | 06/07/2019 | Other Professional Expenses | Allowed | 3620-000 | $0.00 | $228.66 | $228.66 | $228.66 | $0.00 | $0.00 | $0.00 |
| | DINA L. ANDERSON 21001 N. Tatum Blvd #1630-608 Phoenix AZ 85050 | 04/09/2019 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $86.61 | $86.61 | $0.00 | $0.00 | $0.00 | $86.61 |
| | GUTTILLA MURPHY ANDERSON, P.C. 5415 E. High Street, Suite 200 Phoenix AZ 85054 | 09/10/2019 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| | GUTTILLA MURPHY ANDERSON, P.C. 5415 E. High Street, Suite 200 Phoenix AZ 85054 | 09/10/2019 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $140.12 | $140.12 | $0.00 | $0.00 | $0.00 | $140.12 |
| | DINA L. ANDERSON 21001 N. Tatum Blvd #1630-608 Phoenix AZ 85050 | 10/10/2019 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $626.48 | $626.48 | $0.00 | $0.00 | $0.00 | $626.48 |
| 1 | LVNV FUNDING, LLC Resurgent Capital Services PO Box 10587 Greenville SC 29603-0587 | 04/15/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $752.35 | $1,828.79 | $1,828.79 | $0.00 | $0.00 | $0.00 | $1,828.79 |

**Case No.** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**Claims Bar Date:** 07/11/2019
**Trustee Name:** Dina L. Anderson
**Date:** 10/10/2019

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | SRP<br><br>Customer Credit Serv. ISB232<br>PO Box 52025<br>Phoenix AZ 85072-2025 | 04/16/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $367.47 | $402.06 | $402.06 | $0.00 | $0.00 | $0.00 | $402.06 |

**Claim Notes:** Electric Utility

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | NAVIENT SOLUTIONS, LLC. ON BEHALF OF: THE DEPARTMENT OF EDUCATION<br>Navient - U.S. Department of Education Loan Servicing<br>PO Box 4450<br>Portland OR 97208-4450 | 05/15/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $8,967.00 | $26,819.34 | $26,819.34 | $0.00 | $0.00 | $0.00 | $26,819.34 |
| 4 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren MI 48090 | 06/20/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $503.00 | $502.59 | $502.59 | $0.00 | $0.00 | $0.00 | $502.59 |
| 5 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 07/05/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $933.15 | $933.15 | $0.00 | $0.00 | $0.00 | $933.15 |
| 6 | PYOD, LLC<br><br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 07/08/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $396.44 | $783.68 | $783.68 | $0.00 | $0.00 | $0.00 | $783.68 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 07/10/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $725.00 | $690.02 | $690.02 | $0.00 | $0.00 | $0.00 | $690.02 |

**Case No.** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**Claims Bar Date:** 07/11/2019

**Trustee Name:** Dina L. Anderson
**Date:** 10/10/2019

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 07/10/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $454.00 | $453.80 | $453.80 | $0.00 | $0.00 | $0.00 | $453.80 |
| 9 | FEDERATED DEPARTMENT STORES INC<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland WA 98083-0657 | 07/11/2019 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $381.58 | $381.58 | $381.58 | $0.00 | $0.00 | $0.00 | $381.58 |
| | | | | | | | **$38,062.88** | **$38,062.88** | **$414.66** | **$0.00** | **$0.00** | **$37,648.22** |

**Case No.** 18-12356-BKM
**Case Name:** LONG, DAVID L.
**Claims Bar Date:** 07/11/2019

**Trustee Name:** Dina L. Anderson
**Date:** 10/10/2019

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $140.12 | $140.12 | $0.00 | $0.00 | $0.00 | $140.12 |
| Attorney for Trustee Fees (Trustee Firm) | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| General Unsecured 726(a)(2) | $32,795.01 | $32,795.01 | $0.00 | $0.00 | $0.00 | $32,795.01 |
| Other Professional Expenses | $228.66 | $228.66 | $228.66 | $0.00 | $0.00 | $0.00 |
| Other Professional Fees | $186.00 | $186.00 | $186.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $626.48 | $626.48 | $0.00 | $0.00 | $0.00 | $626.48 |
| Trustee Expenses | $86.61 | $86.61 | $0.00 | $0.00 | $0.00 | $86.61 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 2:18-BK-12356-BKM
Case Name: DAVID L. LONG
Trustee Name: Dina L. Anderson

Balance on hand: $2,091.25

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,091.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| Dina L. Anderson, Trustee Fees | $626.48 | $0.00 | $626.48 |
| Dina L. Anderson, Trustee Expenses | $86.61 | $0.00 | $86.61 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Fees | $4,000.00 | $0.00 | $1,238.04 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Expenses | $140.12 | $0.00 | $140.12 |
| Cunningham & Associates, Inc., Auctioneer for Trustee Fees | $186.00 | $186.00 | $0.00 |
| Cunningham & Associates, Inc., Auctioneer for Trustee Expenses | $228.66 | $228.66 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $2,091.25
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,795.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | LVNV Funding, LLC | $1,828.79 | $0.00 | $0.00 |
| 2 | SRP | $402.06 | $0.00 | $0.00 |
| 3 | Navient Solutions, LLC. on behalf of: The Department of Education | $26,819.34 | $0.00 | $0.00 |
| 4 | Midland Funding LLC | $502.59 | $0.00 | $0.00 |
| 5 | LVNV Funding, LLC | $933.15 | $0.00 | $0.00 |
| 6 | PYOD, LLC | $783.68 | $0.00 | $0.00 |
| 7 | Portfolio Recovery Associates, LLC | $690.02 | $0.00 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | $453.80 | $0.00 | $0.00 |
| 9 | Federated Department Stores Inc | $381.58 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |